Action by Eliza Fairweather against Catherine Hall Burling. No opinion. Order affirmed, on argument, with $10 costs and disbursements.

FARRELLY v. EMIGRANT INDUSTRIAL SAV. BANK. (Supreme Court, Appellate Division, First Department. April 15, 1904.) Action by Thomas Farrelly against the Emigrant Industrial Savings Bank. No opinion. Motion denied.

FERGUSON, Appellant, v. RABINOWITZ, Respondent. (Supreme Court, Appellate Division, First Department. March 25, 1904.) Action by Benjamin Ferguson against Abraham Rabinowitz. R. L. Pritchard, for appellant. T. B. Chancellor, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

FIDELITY TRUST CO., Appellant, v. MARSHALL, et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 22, 1904.) Action by the Fidelity Trust Company, as committee, etc., against Charles D. Marshall, as executor, etc., and Charles D. Marshall, as administrator, etc.

PER CURIAM. Interlocutory judgment and order affirmed, with costs, with leave to the plaintiff to plead over upon the payment of the costs of the demurrer and of this appeal. Held, that the decision of the questions involved in this case is controlled by the cases of U. S. Trust Co. v. Mutual Benefit Life Ins. Co., 115 N. Y. 152, 21 N. E. 1025, and Walsh v. Mutual Life Insurance Co., 133 N. Y. 408, 31 N. E. 228, 28 Am. St. Rep. 651.

McLENNAN, .P. J., dissents, upon the authority of Amberg v. Manhattan Life Insurance Co., 171 N. Y. 314, 63 N. E. 1111, and also upon the ground that it was not the intention of the parties to the contract of insurance that any part of the insurance moneys should be paid to the representatives or assigns of any child of the insured who might die without issue before the death of the insured.

FIDELITY TRUST CO. OF BUFFALO v. MARSHALL. (Supreme Court, Appellate Division, Fourth Department. March 29, 1904.) Action by the Fidelity Trust Company of Buffalo, as committee, etc., against Charles D. Marshall, as administrator, etc. No opinion. Motion for leave to appeal to the Court of Appeals granted, and questions certified as presented in the moving papers.

FITZPATRICK, Respondent, v. BUTLER, Appellant. (Supreme Court, Appellate Division, Second Department. April 29, 1904.) Action by Thomas Fitzpatrick against James Butler. No opinion. Order affirmed, with $10 costs and disbursements.

FITZPATRICK, Respondent, v. FOX et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 22, 1904.) Action by William J. Fitzpatrick against Patrick Fox and Catherine Fox. No opinion. Motion granted, and order resettled.

FOLEY & CO., Respondent, v. SHERWOOD, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 5, 1904.) Action by Foley & Co. against Amos B. Sherwood. No opinion. Judgment and order affirmed, with costs.

FREEMAN, Appellant, v. WYSE, Respondent. (Supreme Court, Appellate Division, First Department. April 8, 1904.) Action by Lewis C. Freeman against Marie S. Wyse. L. C. Freeman, in pro. per. R. T. Greene, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

GENERAL ELECTRIC CO. v. SIRE et al. (Supreme Court, Appellate Division, First Department. March 25, 1904.) Action by the General Electric Company against Meyer L. Sire and others. F. Bien, for appellants. J. V. Bouvier, Jr., for respondent Kiernan. No opinion. Order affirmed, with $10 costs and disbursements.

GERMAN BANK, Respondent, v. METROPOLITAN BANK, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 5, 1904.) Action by the German Bank against the Metropolitan Bank.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

SPRING, J., not voting.

GERSHENSON, Appellant, v. SHELKOWITZ, Respondent. (Supreme Court, Appellate Division, First Department. April 8, 1904.) Action by Nathan Gershenson against Jacob Shelkowitz. M. Schleimer, for appellant. M. Brown, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

GIRARD v. INTERNATIONAL PULP CO. (Supreme Court, Appellate Division, Third Department. March 15, 1904.) Action by Delina Girard, as administratrix, etc., against the International Pulp Company. No opinion. Motion denied.

GIVEEN v. GANS. (Supreme Court, Appellate Division, First Department. March 25, 1904.) Action by John S. Giveen against Levi L. Gans. No opinion. Motion granted.

GODFREY v. SCHMIDT et al. (Supreme Court, Appellate Division, First Department. March 25, 1904.) Action by Frederick S. Godfrey against Charles Schmidt and others. No opinion. Motion granted, with $10 costs.

GOLDSTEIN et al., Appellants, v. MENTRUP, Respondent. (Supreme Court, Appellate Division, Second Department. April 15,

1904.) Action by Charles Goldstein and Aaron Zelenko against Josephine Mentrup. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

In re GOTTLIEB. (Supreme Court, Appellate Division, First Department. March 25, 1904.) In the matter of Gettel Gottlieb. No opinion. See memorandum per curiam.

---

GRANT, Appellant, v. PRATT & LAMBERT, Respondents. (Supreme Court, Appellate Division, First Department. April 8, 1904.) Action by W. Wallace Grant against Pratt & Lambert. E. M. Shepard, for appellant. L. C. Ledyard, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

---

GRAVES, Respondent, v. CENTRAL NEW YORK TELEPHONE & TELEGRAPH CO. (Supreme Court, Appellate Division, Fourth Department. March 15, 1904.) Action by Nellie Graves against the Central New York Telephone & Telegraph Company.

PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over, upon payment of the costs of the demurrer and of this appeal.

WILLIAMS, J., dissents.

---

GREENSPAN, Respondent, v. JOFFE, Appellant. (Supreme Court, Appellate Term. March 24, 1904.) Action by Abraham Greenspan against David Joffe. From a judgment for plaintiff, and from an order denying a new trial, defendant appeals. Reversed. A. B. Greenberg, for appellant. J. Rieger, for respondent.

FREEDMAN, P. J. Plaintiff brought this action, claiming to be the lessee of certain premises which he sublet to the firm of Singer & Sherman. These subtenants used the premises for the manufacture of cigarettes. Upon the dissolution of their partnership they sold some of their machinery to this defendant. The plaintiff alleges that the defendant, in removing the machinery so purchased, damaged the premises by breaking the ceilings, etc., which by the terms of plaintiff's lease the plaintiff was bound to repair. Plaintiff was the only witness who testified that the alleged damages were done by the defendant. The defendant and two other witnesses testified that the defendant did not damage, but that the machinery purchased by him was all taken apart by his grantors, and that he found such machinery lying on the floor ready to be removed, which he did without doing any damage. There was a sharp conflict of testimony. After the court rendered a judgment in favor of the plaintiff, the defendant moved for a new trial upon the ground of newly discovered evidence. This appeal is from the judgment, and also from the order denying a new trial. The testimony set forth in the affidavits used upon the motion for a new trial is clearly material upon the issues in the case, and we think the interests of justice would be best subserved by granting a new trial. Judgment reversed. New trial ordered, with costs to appellant to abide the event. All concur.

---

GREGORY, Respondent, v. D. O. HAYNES & CO., Appellant. (Supreme Court, Appellate Division, First Department. April 22, 1904.) Action by G. Felix Gregory against D. O. Haynes & Co. R. S. Baldwin, for appellant. R. B. Aldcroft, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below.

---

In re GRIFFIN. (Supreme Court, Appellate Division, Second Department. March 15, 1904.) In the matter of the application of James H. Griffin for admission to the bar. No opinion. Application granted.

---

GRIFHAHN, Respondent, v. KREIZER et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 15, 1904.) Action by Mary C. Grifhahn, as administratrix, etc., against Bernard Kreizer and others. No opinion. Undertaking approved and filed.

---

HAACK, Appellant, v. BROOKLYN LABOR LYCEUM ASS'N et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 22, 1904.) Action by Laura A. Haack against the Brooklyn Labor Lyceum Association, Joseph Hellig, and the city of New York. No opinion. Judgment reversed, and a new trial granted, costs to abide the event, on the opinion in Bruno Haack v. Same (decided herewith) 87 N. Y. Supp. 814.

---

HALE. Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. April 22, 1904.) Action by John P. Hale, Jr., against the city of New York. T. Connoly, for respondent. No opinion. Judgment affirmed, with costs, on the authority of People v. Rich, 36 App. Div. 60, 56 N. Y. Supp. 277.

---

HAMILTON, Respondent, v. FARNHAM, Appellant. (Supreme Court, Appellate Division, Second Department. April 15, 1904.) Action by William J. Hamilton against Paulding Farnham. No opinion. Judgment affirmed, with costs.

---

In re HAMMOND TYPEWRITER CO. In re HAMMOND. (Supreme Court, Appellate Division, First Department. April 15, 1904.) In the matter of the Hammond Typewriter Company and of James B. Hammond. R. D. Benedict, for appellant. W. Lindsay, for respondent. Order modified by reducing the sum of $7,532.81, to be paid under the terms of the order, to the sum of $5,000, and, as modified, affirmed, without costs of this appeal to either party.